**Juan BAUTISTA et al., Appellants,**

**v.**

**The STATE of Texas, Appellee.**

**No. 40277.**

Court of Criminal Appeals of Texas.

June 21, 1967.

Tinsman & Cunningham, by Michael B. Hunter, San Antonio, for appellants.

James E. Barlow, Dist. Atty., William W. Morris, Asst. Dist. Atty., San Antonio, and Leon B. Douglas, State's Atty., Austin, for the State.

## OPINION

WOODLEY, Presiding Judge.

This is an appeal by Ralph Napier, surety on a bail bond, from a judgment making final a judgment nisi forfeiting such bond.

The bond in the sum of $300 was conditioned that Juan Bautista appear in County Court at Law No. One of Bexar County to answer a complaint and information charging him with a misdemeanor.

The same questions are presented as in Aguirre et al, v. State of Texas, Tex.Cr. App., 416 S.W.2d 406.

The judgment is affirmed.

## CONCURRING OPINION

ONION, Judge.

I concur in the results reached for the reasons set forth in my concurring opinion in Aguirre v. State, Tex.Cr.App., 416 S.W. 2d 406.

---

**Juan Blanco CAVAZOS et al., Appellants,**

**v.**

**The STATE of Texas, Appellee.**

**No. 40278.**

Court of Criminal Appeals of Texas.

June 21, 1967.

Tinsman & Cunningham, by Michael B. Hunter, San Antonio, for appellants.

James E. Barlow, Dist. Atty., William W. Morris, Asst. Dist. Atty., San Antonio, and Leon B. Douglas, State's Atty., Austin, for the State.

## OPINION

WOODLEY, Presiding Judge.

This is an appeal by Ralph Napier, surety on a bail bond, from a judgment making final a judgment nisi forfeiting such bond.

The bond in the sum of $300 was conditioned that Juan Blanco Cavazos appear in County Court at Law No. One of Bexar County to answer a complaint and information charging him with a misdemeanor.

The same questions are presented as in Aguirre et al, v. State of Texas, Tex.Cr. App., 416 S.W.2d 406.

The judgment is affirmed.

## CONCURRING OPINION

ONION, Judge.

I concur in the results reached for the reasons set forth in my concurring opinion in Aguirre v. State, Tex.Cr.App., 416 S.W. 2d 406.